UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 PENSION FUND;           **ORDER**
STEPHEN FLANAGAN, as a Trustee of the GENERAL       05-CV-4527 (ADS) (AKT)
BUILDING LABORERS' LOCAL 66 WELFARE FUND;
STEPHEN FLANAGAN, as a trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 VACATION
FUND; STEPHEN FLANAGAN, as Trustee of the
GENERAL BUILDING LABORERS' LOCAL 66
ANNUITY FUND; STEPHEN FLANAGAN; as Trustee
of the GENERAL BUILDING LABORERS' LOCAL 66
LABORERS' EMPLOYER COOPERATIVE AND
EDUCATIONAL TRUST FUND; STEPHEN FLANAGAN, as a
Trustee of the GENERAL BUILDING LABORERS' LOCAL 66
GREATER NY LABORERS' EMPLOYER COOPERATIVE
AND EDUCATIONAL TRUST FUND; STEPHEN
FLANAGAN, as a Trustee of the GENERAL BUILDING
LABORERS' LOCAL 66 TRAINING PROGRAM; STEPHEN
FLANAGAN, as a Trustee of the GENERAL BUILDING
LABORERS' LOCAL 66 NEW YORK STATE HEALTH AND
SAFETY FUND; STEPHEN FLANAGAN, as Business
manager of GENERAL BUILDING LABORERS' LOCAL
UNION NO. 66 of the LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA, AFL-CIO,

                                       Plaintiff,

      -against-

STONE COMMERCIAL SPRAYING COMPANY, INC., and
THOMAS WESTHALL,

                                       Defendants.
------------------------------------------------------------------------------X

**APPEARANCES:**

**Law Offices of William T. LaVelle, P.C.**
*Attorneys for the plaintiff*
The LaVelle Building
57 East Main Street
Patchogue, NY 11772
      By: Alicia M. Menechino, Esq., Of Counsel

**NO APPEARANCE:**
Stone Commercial Spraying Company, Inc.
Thomas Westhall

**SPATT, District Judge.**

On September 23, 2005, the plaintiff commenced this action against the defendants seeking to collect delinquent and unpaid fringe benefit contributions and to conduct an audit of the defendants' books and records pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132, and the Taft-Hartley Act, 29 U.S.C. 185. On February 2, 2008, the Court entered a default judgment against the defendants, Stone Commercial Spraying Company, Inc. and Thomas Westhall, and referred the matter to United States Magistrate Judge A. Kathleen Tomlinson for an inquest as to damages, including reasonable attorneys' fees and costs.

On July 20, 2012, Judge Tomlinson issued a Report and Recommendation (the "Report") recommending that plaintiff be awarded no damages at this time and that the plaintiff's request for an audit be denied. In addition, Judge Tomlinson further recommended that the Court grant the plaintiff leave to renew the motion if the plaintiff can provide sufficient support for the relief sought in accordance with the guidance set forth in the Report. To date, there have been no objections filed to the Report.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed

Judge Tomlinson's Report and finds it be persuasive and without any legal or factual errors. There being no objection to Judge Tomlinson's Report, it is hereby

**ORDERED**, that Judge Tomlinson's Report and Recommendation is adopted in its entirety.  The Court awards the plaintiff no damages at this time and denies the plaintiff's request to conduct an audit of the defendants' books and records, and it is further

**ORDERED**, that the Court grants the plaintiff leave to renew the motion for damages in accordance with the guidance set forth in the Report within 30 days of the date of this order.

**SO ORDERED.**

Dated: Central Islip, New York
September 24, 2012

_/s/ Arthur D. Spatt_____
ARTHUR D. SPATT
United States District Judge